UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 25-24620-CIV-MORENO

JAYTRAC LIMITED,

        Plaintiff,

vs.

SUPPLY PARTS & TRACTOR INC. and
ZENON PARRA,

        Defendants.
_____/

## ORDER DENYING DEFENDANT ZENON PARRA'S MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant Zenon Parra's Motion to Dismiss **(D.E. 8)**, filed on **November 17, 2025**.

THE COURT has considered the motion, the response in opposition, pertinent portions of the record, and is otherwise fully advised in the premises.

Defendants filed an Answer to the Complaint on November 12, 2025. Therein, Defendant Parra answered as to the two counts brought against him. Five days later, Defendant Parra brought the instant motion seeking to dismiss those same two counts.

Federal Rule of Civil Procedure[1] 12(b) states that a motion for failure to state a claim pursuant to Rule 12(b)(6) "must be made before pleading if a responsive pleading is allowed." Defendant Parra's Motion to Dismiss is thus improper as he moved to dismiss after answering the Complaint. It is therefore

---

[1] Defendant Parra's Motion to Dismiss references the Florida Rules of Civil Procedure rather than the Federal Rules of Civil Procedure. The Court reminds all parties that under the doctrine of *Erie R. Co. v. Tompkins*, 304 U.S. 64, federal courts sitting in diversity apply state substantive law and federal procedural law.

**ADJUDGED** that the Motion is DENIED with leave to properly refile under the Federal Rules of Civil Procedure as a Motion for Judgment on the Pleadings or a Motion for Summary Judgment.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of January 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record